■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIAM LILES, Appellant. — Judgment of the Supreme Court, Suffolk County (D'Amaro, J.), rendered January 17, 1980, affirmed. No opinion. This case is remitted to the Supreme Court, Suffolk County, for further proceedings pursuant to CPL 460.50 (subd 5). Lazer, J. P., Gulotta, Cohalan and Bracken, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EDWARD MARTINEZ, Appellant. — Appeal by defendant from a judgment of the Supreme Court, Kings County (Lodato, J.), rendered June 14, 1979, convicting him of robbery in the second degree, upon his plea of guilty, and imposing sentence. Judgment affirmed. We have reviewed the record and agree with defendant's assigned counsel that there are no meritorious issues which could be raised on this appeal. Counsel's application for leave to withdraw as counsel is granted (see *Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; cf. *People v Gonzalez,* 47 NY2d 606). Margett, J. P., O'Connor, Weinstein and Thompson, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL McCRAY, Appellant. — Judgment of the Supreme Court, Kings County (Starkey, J.), rendered February 19, 1981, affirmed. No opinion. This case is remitted to the Supreme Court, Kings County, for further proceedings pursuant to CPL 460.50 (subd 5). Margett, J. P., O'Connor, Weinstein and Thompson, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v JOSE ROMAN, Respondent. — Appeal by the People from an order of the Supreme Court, Queens County (Glass, J.), dated April 17, 1979, which, after a hearing, granted defendant's motion to suppress physical evidence and oral statements. By a prior order, dated February 4, 1980, this court reversed the order, on the law, denied the defendant's motion and remitted the matter to Criminal Term for further proceedings on the indictment *(People v Roman,* 74 AD2d 589). On May 14, 1981, the Court of Appeals reversed the order of this court and remitted the case to this court for review of the facts *(People v Roman,* 53 NY2d 39). Order affirmed. No fact issues were presented on the appeal to this court. Titone, J. P., Mangano, Gibbons and Rabin, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAVID SALEM, Appellant. — Appeal by defendant from a judgment of the Supreme Court, Kings County (Thompson, J.), rendered September 29, 1978, convicting him of a violation of probation, upon a plea of guilty, and sentencing him to an indeterminate term of imprisonment with a maximum of seven years. Judgment reversed, on the law, guilty plea vacated, and case remitted to Criminal Term for further proceedings. The defendant's plea of guilty to the violation of probation was part of a plea agreement covering other offenses including a charge of forgery in the second degree. When the court determined that it would not accept the defendant's plea to the forgery charge and would not sentence the defendant as agreed, it should have accorded the defendant an opportunity to withdraw his plea of guilty to the probation charge. Lazer, J. P., Rabin, Cohalan and Bracken, JJ., concur.